**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GLENDA DAVIS,

    Plaintiff,

v.                                CASE NO. 4:13cv83-RH/CAS

CITY OF PERRY,

    Defendant.

_____/

**ORDER REQUIRING A STATUS REPORT**

The order of October 28, 2013, ECF No. 19, directed the defendant to file a status report by November 26, 2013, and directed the plaintiff to do so if the defendant did not. Neither party filed the required status report. Accordingly,

IT IS ORDERED:

1. The defendant must file a status report by December 9, 2013.

2. The plaintiff must file a status report by December 13, 2013, unless the defendant has filed a status report that the plaintiff agrees is accurate.

SO ORDERED on December 2, 2013.

                                              s/Robert L. Hinkle
                                              United States District Judge